PD-1267-15

NO. 02-14-00346-CR

IN The
Court of Criminal Appeals
Austin, Texas
Jay Alan Jackson
V.
The STATE of Texas

From Appeal No. 02-14-00346-CR
Trial Cause No. CR13-0752
Court of Parker County

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITON FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE Court OF CRIMINAL APPEALS:

Comes now, JAY Alan Jackson, Petitioner, and files this motion for an extension of ninety (90) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the following:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

I

The Petitioner was convicted in the 415th District court of Parker County Texas of the offense of the State Jail felony offense of possession of less than one gram of a Controlled Substance. In Cause No. CR13-0752, Styled State of Texas vs. JAY Alan Jackson, The Petitioner appealed to the Court of Appeals, Second Court of Appeals District of Texas Supreme Judicial District. The Case was affirmed on August 27, 2015.

II

The Present deadline for filing the Petition for Discretionary Review is September 25, 2015. The Petitioner has not requested any extension Prior to this request.

III

Petitioner's request for an extension is based upon the following facts:

A) Petitoner was not informed of the decision of the court of appeals in affirming his case until <u>August 28, 2015</u>. Since that time Petitioner has been attempting to gain legal repersentation in this matter. His attorney on the appeal, <u>Brandy Oliphint</u> has informed Petitioner that she will not repesent him on the Petition for Discretionary Review.

B) I have mailed <u>Brandy Oliphint</u>, two letters (requesting Transcripts) which are imperative for my defense\ appellate Procedures.

C) T.D.C.J's Darrington Unit Law Library is inadequate for resarch Citing Lewis V. Casew 116 S Ct. 2174 (1996) For the following:

1) Hours are limited to two (2) hours a day Monday-Friday.

2) The few books must be Shared between some 1800 inmates in general Population and administration segregation.

3) There is no paralegal on site to help reserch, Prepare and file P.D.R effectively.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case NO. <u>02-14-00346-CR</u> to <u>12-25-15</u>

Jay Alan Jackson
Petitioner /prose
Texas Department of Criminal Justice

<u>0195507</u>
TDCJ-ID#

<u>Rosharon</u> Texas <u>77583-5057</u>

# CERTIFICATE OF SERVICE

I Certify that a true and Correct copy of the above foregoing

First Motion for Extension of time to file a petition for discretionary

Review has been forwarded by U.S. mail, Postage prepaid, firstclass, to the Attorney

for state, Donald E Schnebly at District Court Bldg 117, Fortworth, Hwy, 2nd Fl weatherford

76086 to the State Prosecuting Attorney, District Court Bldg 117, Fortworth, Hwy 2nd Fl weatherford

76086

On this the __17__ day of __September__, 2015

__JAY Alan Jackson__
Petitioner, Prose

I, __JAY Alan Jackson TDCJ# 1955109__, being presently incarcerated in the __Darrington__

unit of Texas Department of Criminal Justice Co __Brazoria__ County, Texas, verify

and declare under penalty of Perjury that the foregoing Statement are true and

Correct. Executed on this the __17__ day of __September__ 2015